# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Asare, Laverne Y | Case Number: 08 B 12816 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed: 5/20/08 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 27, 2009
Confirmed: August 12, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,027.00 | |
| Secured: | | 11,241.24 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 785.76 |
| Other Funds: | | 0.00 |
| Totals: | 12,027.00 | 12,027.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Rescap Mortgage | Secured | 21,951.91 | 8,866.20 |
| 2. | Great American Finance Company | Secured | 900.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 20,127.86 | 2,375.04 |
| 4. | Rescap Mortgage | Secured | 51,106.04 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 64.37 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 98.72 | 0.00 |
| 7. | Chicago Northside MRI Center | Unsecured | 57.13 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 9. | National Capital Management | Unsecured | 105.50 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 28.42 | 0.00 |
| 11. | City of Calumet City | Unsecured | | No Claim Filed |
| 12. | MEPCO | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 94,459.95 | $ 11,241.24 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 521.17 |
| 6.6% | 264.59 |
| | $ 785.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Asare, Laverne Y

Printed: 03/10/09

Case Number:  08 B 12816
Judge:  Goldgar, A. Benjamin
Filed:  5/20/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*